UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANEE MALDONADO,<br><br>           Plaintiff,<br><br>    v.<br><br>B. STAMER, et al.,<br><br>           Defendants. | No. 2:23-cv-02274 KJM KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with this civil rights action under 42 U.S.C. § 1983. On January 30, 2024, this Court denied plaintiff's application to proceed in forma pauperis and granted plaintiff thirty days to pay the filing fee. (ECF No. 6.) This Court warned that plaintiff's failure to pay the filing fee would result in the dismissal of this action. (*Id.*)

      Thirty days from January 30, 2024, passed and plaintiff did not pay the filing fee.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 18, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1